UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELVIN D. MARTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-10433** |
| **TANGIPAHOA PARISH SCHOOL BOARD** | **SECTION: "K"(4)** |

### ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 5 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this ___12th___ day of April, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

____Fee_____
____Process_____
____Docket_____
____CtRm Dep_____
____Document No._____